### WALTER H. SMITH v.
### CONSOLIDATED POLICE & FIREMEN'S PENSION.

June 23, 1977. Petition for certification denied. (See 149 *N. J. Super.* 229)

### HOFFMAN IMPORT & DISTRIBUTING CO. v.
### DIRECTOR, DIVISION OF TAXATION.

June 23, 1977. Petition for certification denied. (See 146 *N. J. Super.* 132)

### JOHN WADDINGTON v. GEORGE M. BREWSTER.

June 23, 1977. Petition for certification denied.

### THE HOWARD SAVINGS BANK v. ULYSSES MARTIN.

June 23, 1977. Petition for certification denied.

### GEORGE R. JACQUES v. N. J. STATE PAROLE BD.

June 23, 1977. Petition for certification denied.

### LUKE AY BUFORD v. CHRISTOPHER DIETZ.

June 23, 1977. Petition for certification denied.